UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-30699
_____


JACQUELINE PADDIO,

                                        Plaintiff-Appellee,

                    versus

CITY OF HAMMOND, LOUISIANA, A political subdivision
of the State of Louisiana; ET AL.,

                                        Defendants,

LARRY DYKES, individually and in his official capacity
of police officer, City of Hammond,

                                        Defendant-Appellant.


_____

Appeal from the United States District Court
for the Eastern District of Louisiana
(97-CV-343-E)
_____

June 7, 1999

Before JONES and STEWART, Circuit Judges, and DUPLANTIER[*], District
Judge.

PER CURIAM:[*]

        The court has considered the arguments of the parties in

light of the briefs and relevant record excerpts.  The district

court found there were genuine issues of disputed facts precluding

---

        [*]     District Judge of the Eastern District of Louisiana,
sitting by designation.

        [*]     Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the grant of qualified immunity.  We do not disagree.  Accordingly, we lack appellate jurisdiction.  <u>See</u> <u>Colston v. Barnhart</u>, 146 F.3d 282, 284 (5th Cir. 1998).  The appeal is therefore DISMISSED.

**DISMISSED.**